1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10  | RICHARD HOFMAN,                        | Case No. 2:23-cv-00881-MCS-PVC |
11  |                                        |                                 |
    |              Plaintiff,                | **PARTIAL JUDGMENT**            |
12  |                                        |                                 |
13  |        v.                              |                                 |
14  |                                        |                                 |
    | FIDELITY BROKERAGE                     |                                 |
15  | SERVICES, LLC; (PREVIOUSLY             |                                 |
    | SUED AS FIDELITY INVESTMENT            |                                 |
16  | FINANCIAL SERVICES                     |                                 |
17  | CORPORATION); FINANCIAL                |                                 |
    | INDUSTRY REGULATORY                    |                                 |
18  | AUTHROITY; DEPOSITORY TRUST            |                                 |
19  | & CLEARING CORPORATION;                |                                 |
    | AND DOES 3-100, INCLUSIVE,             |                                 |
20  |                                        |                                 |
21  |              Defendants.               |                                 |

22
23
24
25
26
27
28

Pursuant to the Court's Order Re: Pending Motions, and pursuant to Federal Rule of Civil Procedure 54(b), it is ordered, adjudged, and decreed that Plaintiff Richard Hofman's claims against Defendants Financial Industry Regulatory Authority and Depository Trust & Clearing Corporation only are dismissed with prejudice and without leave to amend. Plaintiff shall take nothing as to these Defendants.

**IT IS SO ORDERED.**

Dated: May 8, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE