MORGAN, LEWIS & BOCKIUS LLP
Joseph E. Floren, Bar No. 168292
One Market, Spear Street Tower
San Francisco, CA 94105-1596
T: +1.415.442.1000 / F: +1.415.442.1001
joseph.floren@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Brittany M. Johnson, Bar No. 328426
300 South Grand Avenue, 22d Floor
Los Angeles, CA 90071
T: +1.213.612.2500 / F: +1.213.612.2501
alyssa.odonnell@morganlewis.com

Attorneys for Defendant
FIDELITY BROKERAGE SERVICES LLC

*Additional Party and Counsel on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD HOFMAN,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY BROKERAGE SERVICES LLC (ERRONEOUSLY SUED AS FIDELITY INVESTMENT FINANCIAL SERVICES CORPORATION), FEDERAL INDUSTRY REGULATORY AUTHORITY; DEPOSITORY TRUST & CLEARING CORPORATION; AND DOES 3-100, INCLUSIVE,<br><br>Defendants. | No.: 2:23-cv-00881 MCS (PVCx)<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE** |

Defendant Fidelity Brokerage Services LLC ("Fidelity") and Plaintiff Richard Hofman ("Plaintiff") stipulate as follows in support of their joint request for entry of an order dismissing this action with prejudice, and in compliance with the Court's May 8, 2023 Order Re: Pending Motions (Dkt. 74, the "Order").

WHEREAS, this action was removed to this Court from the Los Angeles Superior Court on February 6, 2023, after which Plaintiff filed a Second Amended

Complaint (Dkt. 29) and Fidelity moved, *inter alia*, for an order compelling arbitration and staying proceedings (Dkt. 33);

WHEREAS, on May 8, 2023, the Court entered its Order which, *inter alia*, compelled arbitration of Plaintiff's claims against Fidelity and stayed further proceedings herein pending the completion of arbitration (Order at 16);

WHEREAS, Pursuant to the Order, Plaintiff initiated arbitration proceedings against Fidelity in June 2023 captioned *Hofman v. Fidelity Brokerage Services LLC*, FINRA Dispute Resolution Services No. 23-01618 (the "Arbitration");

WHEREAS, the parties filed joint or unilateral reports to the Court regarding the proceedings in the Arbitration on September 5, 2023, January 3, 2024, January 16, 2024, May 2, 2024, May 7, 2024, and May 8, 2024 (Dkts. 77 & 79-83);

WHEREAS, the Order requires the parties to report to the Court within 7 days of the conclusion of the Arbitration;

WHEREAS, on May 28, 2024, Plaintiff filed a voluntary dismissal with prejudice in the Arbitration;

WHEREAS, in accordance with the dismissal of the Arbitration with prejudice, the parties agree that the stay effected by the Order should now be lifted and this action should be dismissed with prejudice;

WHEREAS, Plaintiff's claims against the other named defendants have previously been resolved by final judgment in this action (Dkts. 73 & 78); and

WHEREAS, the parties have no further agreements related to the subject matter hereof other than as stated herein and otherwise reserve all rights,

NOW, THEREFORE, based on the foregoing recitals, and subject to the Court's approval, Plaintiff and Fidelity respectfully request that the Court enter an order lifting the stay imposed by the Order and dismissing this action with prejudice, in the form submitted herewith.

IT IS SO STIPULATED.

Dated: June 5, 2024                    Respectfully submitted,

                                      MORGAN, LEWIS & BOCKIUS LLP

                                      By */s/ Joseph E. Floren*
                                          Joseph E. Floren
                                            Attorneys for Defendant
                                            FIDELITY BROKERAGE SERVICES LLC

Dated: June 5, 2024                    RICHARD HOFMAN

                                      By */s/ Richard Hofman*
                                            Richard Hofman
                                            Attorney for Plaintiff in pro per

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                        */s/ Joseph E. Floren*
                                        Joseph E. Floren